# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | **CASE NO.  5:09CR529** |
| | ) | |
| **PLAINTIFF** | ) | **JUDGE PETER C. ECONOMUS** |
| | ) | |
| **V.** | ) | |
| | ) | |
| **CHRISTIN S. SMITH,** | ) | |
| | ) | **ORDER** |
| **DEFENDANT.** | ) | |
| | ) | |

   This matter is before the Court upon Magistrate Judge Benita Y. Pearson's Report and Recommendation that the Court ACCEPT Defendant Christin S. Smith's ("Defendant") plea of guilty and enter a finding of guilty against Defendant.  (Dkt. # 36).

   On December 8, 2009, the government filed an Indictment against Defendant. (Dkt. # 1).  On April 15, 2010, this Court issued an order assigning this case to Magistrate Judge Pearson for the purpose of receiving Defendant's guilty plea.  (Dkt. # 32).

   On April 30, 2010, a hearing was held in which Defendant entered a plea of guilty to Count 1 of the Indictment, being a felon in possession of a firearm, in violation of 18 U.S.C. § 922(g)(1).  Magistrate Judge Pearson received Defendant's guilty plea and issued a Report and Recommendation ("R&R") recommending that this Court

accept the plea and enter a finding of guilty.  (Dkt. # 36).

Neither party objected to the Magistrate Judge's R&R in the fourteen days after it was issued.

On *de novo* review of the record, the Magistrate Judge's R&R is adopted. The Defendant was found to be competent to enter a plea.  The Defendant understood his constitutional rights. He is aware of the consequences of entering a plea. There is an adequate factual basis for the plea.  The Court finds that the plea was entered knowingly, intelligently, and voluntarily.  The Defendant's plea of guilty is approved.

Therefore, the Defendant is adjudged guilty of Count 1 of the Indictment, being a felon in possession of a firearm, in violation of 18 U.S.C. § 922(g)(1).  The sentencing will be held on August 11, 2010, at 9:00 a.m.

**IT IS SO ORDERED**.

        **/s/ Peter C. Economus - May 19, 2010**
        **PETER C. ECONOMUS**
        **UNITED STATES DISTRICT JUDGE**